UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x

UNITED STATES OF AMERICA

         - v. -

STEFAN LUMIERE,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x

:
:
:
:
:
:

16 Cr. 483 (JSR)

 

**THE GOVERNMENT'S OPPOSITION TO THE DEFENDANT'S MOTION TO
EXTEND TIME TO FILE RULE 29 AND RULE 33 MOTIONS**

 

PREET BHARARA
United States Attorney
Southern District of New York
One Saint Andrew's Plaza
New York, New York 10007

 

Ian McGinley
Damian Williams
Joshua A. Naftalis
Assistant United States Attorneys
      – Of Counsel –



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 7, 2017

<u>BY ECF/CM AND HAND DELIVERY</u>

The Honorable Jed S. Rakoff
United States District Court
Southern District of New York
500 Pearl Street, Room 1340
New York, New York 10007

       Re:   <u>United States</u> v. <u>Stefan Lumiere</u>,
            16 Cr. 483 (JSR)

Dear Judge Rakoff:

       The Government writes in response to the defendant's February 6, 2017 motion to extend the time to file his Rule 29 and Rule 33 motions to March 21, 2017. The Government objects to this two-month extension. As is evident from his 22-page blunderbuss, the defendant does not need additional time to develop more arguments, which like the ones already raised and rejected by the Court, are meritless.

                    Respectfully submitted,

                    PREET BHARARA
                    United States Attorney

          By:   /s/_____
                  Ian McGinley
                  Damian Williams
                  Joshua A. Naftalis
                  Assistant United States Attorneys
                  (212) 637-2257 / 2298 / 2310

cc:    Jonathan N. Halpern, Esq.
       Jonathan H. Friedman, Esq.