UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

STEFAN LUMIERE ,

       Petitioner

Case No. 16-CR 00483 (JSR)

V.

UNITED STATES OF AMERICA

       Respondent

2255

# APPENDIX
# PART IA
# (A1-A23)

VISIUM

ASSET MANAGEMENT

# 2012 Annual Investor Day
## April 4, 2012

| | | |
|---|---|---|
| **2:00 p.m. – 2:30 p.m.** | **Registration** | North Foyer |

| | | |
|---|---|---|
| **2:30 p.m. – 3:35 p.m.** | **Presentations – Session 1** | |

Welcome
**Robert Stockton**, *Director of Investor Relations*

Visium Business Update
**Jacob Gottlieb**, *Chief Investment Officer*

Wharton Ballroom

Catalyst Business Update
**Francis X. Gallagher,** *Portfolio Manager of the Visium Catalyst Event Driven Fund*

Visium Credit Update
**Chris Plaford**, *Portfolio Manager of the Visium Credit Opportunities Fund*

| | | |
|---|---|---|
| **3:35p.m. – 3:50 p.m.** | **Break** | South Hall |

| | | |
|---|---|---|
| **3:50 p.m. – 5:00 p.m.** | **Presentations – Session 2** | |

Visium Global and VTAF Update
**Jason Huemer,** *President*
**Robert Kim**, *Portfolio Manager of the Visium Tax Alpha Fund and Director of Research of the Visium Global Fund*

Wharton Ballroom

Healthcare Panel
**Doug Nigen**, *Portfolio Manager of the Visium Balanced Fund (Int Pharma)*
**Ryan Ogg**, *Portfolio Manager of the Visium Balanced Fund (Biotech)*
**Anthony Sterling**, *Portfolio Manager of the Visium Balanced Fund (Services)*
**Sanjay Valvani**, *Portfolio Manager of the Visium Balanced Fund (Spec Pharma)*

| | | |
|---|---|---|
| **5:00p.m. – 6:00 p.m.** | **Cocktail Hour** | Atrium |

| | | |
|---|---|---|
| **6:00p.m. – 8:00 p.m.** | **Evening Reception and Dinner** | Wharton Ballroom |

Speaker
**P. J. O'Rourke - *Journalist and Political Satirist***

STEFAN NOT A PORTFOLLIO MANAGER

(350)

A1 - P1

**VISIUM**
ASSET MANAGEMENT

**Visium Asset Management Introduction**
**Presenter Biographies**
**Visium Investor Conference**
April 4, 2012
New York, New York

# Presenting Biographies

**JACOB GOTTLIEB, MANAGING PARTNER AND CHIEF INVESTMENT OFFICER:** Jacob founded Visium in 2005, leading a team of 20 investment professionals he assembled over the previous four years at Balyasny Asset Management ("BAM"). Before joining BAM in 2001, Jacob was a Portfolio Manager at Merlin. Prior to that, he was a buy-side analyst at Sanford C. Bernstein. Jacob graduated magna cum laude from Brown University with a BA in Economics and earned an MD from New York University Medical School. He obtained his CFA charter from AIMR in 2001, and his PRM designation from the Professional Risk Managers' International Association in 2010.

**JASON HUEMER, PRESIDENT:** Jason joined Visium in late 2009. He was previously CEO of Atlas Capital Management, a global macro and emerging markets hedge fund firm. Prior to that, he spent four years at SAC Capital, where he was a managing director and the chief operating officer of SAC's Sigma Capital unit. Jason was also a managing director at Merrill Lynch; President and Founder of Synthesis Funds, a hedge-fund seeding business; and Chief Operating Officer at York Capital Management. Jason has a BA in Philosophy and Economics from Columbia University, where he graduated cum laude and was elected to Phi Beta Kappa, and an MBA in finance from New York University.

**CHRIS PLAFORD, PARTNER AND PORTFOLIO MANAGER – VISIUM CREDIT OPPORTUNITIES FUND:** Chris joined the Visium team at BAM in 2004 as Sector Head of Credit and Volatility. Prior to that, Chris was an Analyst and Trader at WHW Capital. Chris began his professional career as a Trader at Goldman Sachs (Spear Leads and Kellog). Chris received a BS in Finance from Indiana University.

**FRANK GALLAGHER, PORTFOLIO MANAGER – VISIUM CATALYST EVENT DRIVEN FUND:** Frank joined Visium in 2011 as Director and Portfolio Manager of the Visium Catalyst Event-Driven Fund. He has over 24 years of market experience, focusing primarily on securities affected or potentially affected by major corporate events, including mergers, acquisitions, restructurings, and Chapter 11 reorganizations. Prior to joining Visium, Frank helped launch the Catalyst Fund (renamed Visium Catalyst Event Driven Fund) in May 1995. From 1990 through May 1995, Frank was the Director of Research at Oscar Gruss & Son Incorporated, a New York Stock Exchange member organization that specializes in the research and trading of event-driven equity securities. Prior to joining Oscar Gruss & Son, he was the Director of Research at Phoenix Capital Markets and Gallagher Equities, two equity investment boutiques that specialized in the research and analysis of companies involved in mergers and restructurings. Frank holds a B.S. from Florida International University.

**ROBERT KIM, PORTFOLIO MANAGER – VISIUM TAX ALPHA; DIRECTOR OF RESEARCH – VISIUM GLOBAL FUND:** Robert joined Visium in 2010 and has over 16 years of experience working at multi-billion dollar hedge funds. Prior to joining Visium, he was a portfolio manager for Millennium Partners. From 2006-2009, Robert ran a diversified equity portfolio and served as director of a fundamental equity long-short team at Royal Bank of Canada. From 2004 to late 2005 Robert was the co-founder and CIO of Cydonia Capital Management, a hedge fund that was seeded by SAC Capital. From 1998-2004, he was a senior portfolio manager at GLG Partners, Soros Fund Management, and SAC Capital. From 1994-1998 he was a senior equity analyst covering the consumer and healthcare sectors at Moore Capital Management—brought over from Ethos Capital. Robert began his career at Morgan Stanley in fixed income. Robert graduated from The Georgia Institute of Technology in 1992 with a BS in Chemistry.



346

A1 p3

# Presenting Biographies (cont.)

**SANJAY VALVANI, PARTNER AND PORTFOLIO MANAGER OF VISIUM BALANCED FUND – SPECIALTY PHARMACEUTICALS:** Sanjay joined the Visium team at BAM in 2003 as a Senior Pharmaceuticals Analyst. Prior to that, Sanjay worked as a Pharmaceuticals Equity Research Analyst for Smith Barney/Citigroup. Prior to that, he was the Senior Healthcare Business Analyst at Kaiser Permanente. Sanjay holds a BS in Public Health, Health Policy and Administration from the University of North Carolina along with an MBA from Duke's Fuqua School of Business.

**RYAN OGG, PARTNER AND PORTLIO MANAGER OF VISIUM BALANCED FUND – BIOTECHNOLOGY:** Ryan joined the Visium team at BAM in 2001 as a Senior Biotechnology Analyst.  Prior to that, Ryan worked as an Equity Research Analyst in Biotech at Dresdner Kleinwort Wasserstein. Prior to that Ryan worked at Prudential Securities as an Equity Research Analyst in the Biotech sector. Ryan holds an MS in Biochemistry and Molecular Biology from Colorado State University along with a BA in Molecular, Cellular and Developmental Biochemistry from the University of Colorado.

**DOUG NIGEN, PORTFOLIO MANAGER OF VISIUM BALANCED FUND – INTERNATIONAL HEALTHCARE:**  Doug joined Visium in 2006 as a Senior Analyst in Pharmaceuticals.  Prior to Visium, Doug worked as an Equity Research Analyst and then a Healthcare Portfolio Manager at Fidelity Investments.  Doug received a Bachelor of Industrial Management from Carnegie Mellon University and an MBA from the University of Chicago's Booth School of Business.

**ANTHONY STERLING, PORTFOLIO MANAGER OF VISIUM BALANCED FUND – HEALTHCARE SERVICES:**  Anthony joined the Visium team in 2006. Prior to Visium, Anthony worked as Sector Head/Analyst in Healthcare Services for Amaranth Advisors.  Anthony spent time as an Investment Banking Associate in Merrill Lynch's Global Healthcare Group and as an Equity Research Associate in Medical Devices for Banc of America Securities. Anthony graduated with a BS in Accounting from Lehigh University and received an MBA from Columbia Business School.

**ROBERT STOCKTON, DIRECTOR OF INVESTOR RELATIONS:** Robert joined Visium in 2011 as Director of Investor Relations.  Prior to Visium, Robert was Director of Investor Relations and Client Services at FrontPoint Partners. Prior to that, Robert spent three years at Tiger Management where he was COO and Director of Business Development for Goshen Investments, a financials-focused fund seeded by Julian Robertson. Robert also spent six years at Goldman Sachs as a Vice President in the Investment Management Division and two years at Taylor Advisors, a family office located in Greenwich, CT.  Robert received a BA in Philosophy from Trinity College in Hartford, CT, and an MBA from the University of Chicago's, Booth School of Business with concentrations in finance and strategy.



(347)

A1 p4

# V I S I U M

ASSET MANAGEMENT

**Visium Balanced Fund**
March 2012

A2 p1

# Contents

Executive Summary ............................ 2

Organization ............................ 4

Market Opportunity ............................ 5

Investment Philosophy ............................ 6

Investment Process ............................ 7

Performance History ............................ 10

Terms & Structure ............................ 13

Investment Team Bios ............................ 14

Operations Team Bios ............................ 20

Contact Information ............................ 22

VISIUM
ASSET MANAGEMENT

1

# Organization

*Jacob Gottlieb is the Managing Partner and CEO of Visium. Additionally, there are six other senior portfolio managers who have each been with the firm for several years. Visium currently has a staff of over 75 professionals.*

### Biotech

Ryan Orgo
Portfolio Manager

Jerry Wu, MD
Portfolio Manager

Mark McInerney
Senior Analyst

Anne Daub
Senior Analyst

### Credit

Chris Plaford, CFA
Portfolio Manager

Ameesh Shah
Analyst

Lee Brown
Analyst

Stefan Lumiere, CFA
Analyst

Andrew Han
Analyst

### Pharmaceuticals

Sanjay Valvani
Portfolio Manager

Josh Brown
Senior Analyst

Ron Beldegrun
Analyst

Neetu Dhaliwal
Analyst

### Services

Anthony Sterling, CFA
Portfolio Manager

Jarod Seah
Analyst

Kyle Gibson
Analyst

### Med-Tech Devices

Rutwik Ghodadra
Senior Analyst

Kevin Han
Analyst

### Special

Whit Penski, CFA
Healthcare Quant Strategies

### International

Doug Nigen
Portfolio Manager

Shalabh Gupta
Portfolio Manager

Haatuj Singh
Analyst

### Trading

Lesley Kelly
Trader

Pierre-Antoine Papillon
Trader

Jason Thorell
Credit Trader

Justin Lee
International Trader

Paul Lee
Trader

### Business Management

Jason Huemer
President

Steven Ku, CPA
Chief Financial Officer

Mark Gottlieb, CAIA
Partner, Business Operations

Amol Sahasrabudhe, CFA, FRM
Chief Risk Officer

David Keily
General Counsel/Chief Compliance Officer

Robert Stockton
Director of Investor Relations

Steven Gilson
Trading Operations

Kim Tong, CPA
Controller

Rudy PuertoReal
Technology



VISIUM
ASSET MANAGEMENT

4

14

## Investment Team | *Bios*

**Jacob Gottlieb, MD, CFA, PRM**
**Chief Investment Officer**

- Jacob Gottlieb is the Managing Partner and Chief Investment Officer of Visium Asset Management, LP ("Visium") an alternative investment advisor dedicated to generating high-quality, non-correlated returns in a variety of market environments.

- Jacob founded Visium in November of 2005 with his team of 20 investment professionals from Balyasny Asset Management ("BAM"). Prior to joining BAM in 2001 (and its predecessor Schonfeld), Jacob was a Portfolio Manager at Merlin and was previously a buy-side analyst at Sanford C. Bernstein.

- Jacob graduated magna cum laude from Brown University with a BA in Economics and earned an MD from New York University Medical School. He obtained his CFA charter from AIMR in 2001, and his P.R.M. designation from the Professional Risk Managers' International Association in 2010.



$\nabla$VISIUM
ASSET MANAGEMENT

A2 p4

# Investment Team | *Bios*

**Ryan Ogg**
*Biotech*
*Portfolio Manager*

Balyasny Asset Management – Senior Analyst
Dresdner Kleinwort Wasserstein – Equity Research, Biotech
Prudential Securities – Equity Research, Biotech

MS, Biochemistry/Molecular Biology – Colorado State University
BA, Molecular, Cellular and Developmental Biochemistry – University of Colorado

**Jerry Wu**
*Biotech*
*Portfolio Manager*

Balyasny Asset Management – Senior Analyst, Biotech
Lazard – Equity Research, Biotech
Forstmann Asset Management – Analyst, Biotech

MD, MPH – Yale Medical School
AB, Chemistry – Harvard University

**Sanjay Valvani**
*Specialty Pharmaceuticals*
*Portfolio Manager*

Balyasny Asset Management – Senior Analyst, Pharmaceuticals
Smith Barney/Citigroup – Equity Research, Pharmaceuticals
Kaiser Permanente – Senior Healthcare Business Analyst

MBA – Duke University
BS, Public Health, Health Policy and Administration – University of North Carolina

**Chris Plaford, CFA**
*Credit*
*Portfolio Manager*

Balyasny Asset Management – Sector Head/Credit, Volatility
WHW Capital – Analyst/Trader
Goldman, Sachs (former SLK) – Trader

BS, Finance – Indiana University

V V I S I U M
ASSET MANAGEMENT



# Investment Team | *Bios*

| Name | Experience | Education |
|---|---|---|
| **Ron Belldegrun**<br>*Specialty Pharmaceuticals Analyst* | Visium Asset Management – Specialty Pharmaceuticals Intern | BA, Biological Basis of Behavior, Healthcare Management – University of Pennsylvania/Wharton |
| **Josh Brown**<br>*Specialty Pharmaceuticals Analyst* | UBS – Assoc. Director, Healthcare Investment Banking<br>Chase H&Q – Analyst, Healthcare Investment Banking | MBA – MIT Sloan School of Management<br>BS, Finance and Accounting – Indiana University |
| **Lee Brown**<br>*Credit Analyst* | Highland Capital Management – Senior Portfolio Analyst<br>Merrill Lynch – Vice President, Global Economics & Research | MBA – Harvard Business School<br>BS – United States Naval Academy |
| **Anne Daub**<br>*Biotech Analyst* | Bear Stearns – Biotech Equity Research<br>Integrated Finance Ltd. – Investment Banking<br>JPMorgan – Investment Banking | Ecole des Hautes Etudes Commerciales (HEC), Graduate School of Management |
| **Neetu Dhaliwal**<br>*Specialty Pharmaceuticals Analyst* | J.P. Morgan – Healthcare Investment Banking Analyst | BS, Economics – University of Pennsylvania/Wharton |
| **Rutwik Ghodadra**<br>*Med-Tech Analyst* | Oracle Partners – Senior Analyst, Medical Devices and Diagnostics<br>Lehman Brothers – Principal Trading, Medtech, Biotech, Services<br>Lehman Brothers – Equity Research, Large Cap Medtech<br>CSFB – Equity Research, Small cap Medtech/Diagnostics | MBA – Indiana University<br>MSE, Biomedical Engineering – Johns Hopkins University |
| **Kyle Gibson**<br>*Services Analyst* | UBS – Leveraged Finance – Associate<br>Miller Buckfire – Restructuring Analyst<br>Alvarez & Marsal – Restructuring Associate | BBA – The University of Texas at Arlington |

V VISIUM
ASSET MANAGEMENT

16

# Investment Team | *Bios*

**Shailnb Gupta**
*International Portfolio Manager*

Federated Global Investments – Senior Analyst – Healthcare
Credit Suisse – Senior Analyst – Healthcare
Deutsche Bank – Associate
Merck & Company – Research Engineer/Senior Engineer

MBA   The Wharton School
MSc   University of Maryland
BSc   Indian Institute of Technology

**Kevin Han**
*Med-Tech Analyst*

Goldman Sachs – Global Investment Research – Medical Technology
Morgan Stanley – Equity Research – Medical Technology

BS, Business Administration – UNC at Chapel Hill

**Andrew Han**
*Credit Analyst*

Credit Suisse – Analyst, Investment Banking
Bank of America Merrill Lynch – Analyst, Alternative Investments

AB, Economics – University of Chicago

**Lesley Kelly**
*Trader*

Citigroup – Healthcare Block Trader

MBA – Vanderbilt University
BS, Biological Anthropology – University of Michigan

**Justin Lee**
*Trader*

Balyasny Asset Management – Derivatives/Credit Trader
Citgroup – Equity Derivatives Trader

BA, Economics – St. Lawrence University

**Paul Lee**
*Trader*

Mission Global Advisors LLC – Trader
BNY Mellon – Trader

BSM, Finance & Accounting – The Tulane University

**Stefan Lumiere, CFA**
*Credit Analyst*

Brencourt Advisors – Head Trader/Senior Analyst, Distressed/HY
Oscar Gruss & Son – Senior Analyst, Special Situations
Carlin Financial Group – Senior Analyst, Cap Structure Arbitrage
Goldman, Sachs – Analyst, Distressed/Special Situations

MBA – INCAE Business School, Costa Rica
BA, Sociology & Pre-Med – Tulane University

VISIUM
ASSET MANAGEMENT

17

# Investment Team | *Bios*

| | | |
|---|---|---|
| **Mark McInerney**<br>*Biotech*<br>*Analyst* | Balvany Asset Management – Research Associate<br>Deerfield Management – Healthcare | BA, Economic – Hunter College<br>BA, Music – SUNY Buffalo |
| **Doug Nigen**<br>*International*<br>*Portfolio Manager* | Balvany Asset Management – Senior Analyst, Pharmaceuticals<br>Fidelity Investment – Portfolio Manager, Healthcare<br>Fidelity Investments – Equity Research Analyst | MBA – University of Chicago<br>BIM, Bachelor Industrial Management – Carnegie Mellon University |
| **Pierre-Antoine Papillon**<br>*Trader* | Sansar Capital Management – Trader | MSc, Management, Finance – ESCP Europe Business School |
| **Whit Penski, CFA**<br>*Quant*<br>*Analyst* | Bear Stearns Asset Management – Associate Director/Senior Analyst<br>FactSet Research Systems – Senior Consultant/Account Executive | AB – Princeton University |
| **Jarod Seah**<br>*Services*<br>*Analyst* | UBS – Investment Banking – Financial Institutions Group – Leveraged Finance | MS, Financial Engineering – Columbia University<br>BS, Mechanical Engineering – Cornell University |
| **Ameesh Shah**<br>*Credit*<br>*Analyst* | Tennenbaum Capital Partners – Principal/Sector Head, Healthcare<br>Ziff Brothers Investments – Equities Analyst, Healthcare<br>Lazard – Analyst, Healthcare Investment Banking | BS, Economics – University of Pennsylvania |
| **John Shoemaker**<br>*Credit*<br>*Analyst* | HAP Capital Advisors – Analyst<br>GFI Group – Healthcare Derivative Manager<br>Sequitur Investment Management – Senior Analyst<br>Argenis Capital Advisors – Analyst | PhD, Immunology – National Institute for Medical Research<br>MS, Chemical Engineering – San Jose State University<br>BS, Chemical Engineering – University of California at Davis |

$\nabla$ VISIUM
ASSET MANAGEMENT

18

# Investment Team | Bios

**Hartaj Singh**
*International Analyst*

Lehman Brothers – Equity Research, Biotech
Rivergant Consulting – Life Sciences Practice
CitiTrials Research – Oncology/Central Nervous System

MBA – Duke University
BA – Case Western Reserve University

**Anthony Sterling**
*Services Portfolio Manager*

Italyssny Asset Management – Senior Analyst, Healthcare Services
Amaranth Advisors – Sector Head/Analyst, Healthcare Services
Merrill Lynch – Investment Banking Associate, Global Healthcare
Banc of America Securities – Equity Research Associate, Medical Devices

MBA – Columbia Business School
BS, Accounting – Lehigh University

**Jason Thorell**
*Credit Trader*

Black Diamond Capital Management – Distressed Credit Trader
Mizuho Securities – Leveraged Loan & LCDS Trader
Fidelity Investments – High Income Group, Assistant Trader
Fidelity Investments – Bank Loan Specialist
Fidelity Investments – Accounting Analyst

BS, Finance – Providence College

19

VISIUM
ASSET MANAGEMENT

A2 P8

**VISIUM**
ASSET MANAGEMENT

**Visium Global Fund**
March 2012

368

Visium Global Fund

# Visium Background

**Firm**

Founded in 2005, $1.7 billion under management.

**Products**

Visium Balanced – long/short equity healthcare fund
Visium Global – multi-strategy diversified fund
Visium Credit Opportunities – long/short credit healthcare fund
Visium Institutional Partners – long/short equity healthcare fund

**Team**

Team of 47 professionals led by founder Jacob Gottlieb, including 35 investment personnel.

A3 p2

STRICTLY CONFIDENTIAL. PLEASE SEE IMPORTANT DISCLOSURE INFORMATION ON THE LAST PAGE OF THIS BROCHURE.

## Visium Global Fund

| | Visium Global Fund |
|---|---|
| **Fund** | Multi-strategy fund investing globally in diversified portfolios across a range of separately managed autonomous portfolios. |
| **Strategies** | Current strategies include sector specific long/short equity (consumer, retail, financial); distressed and special situations; credit; and quantitative strategies. |
| **Objective** | Build a fund comprised of individual portfolio managers with strict risk parameters and processes in place to provide a valued added product that is trading-oriented and liquid. The fund seeks to generate attractive risk-adjusted returns with low correlation to traditional bond and equity investments. The fund will maintain targeted net exposure of +50% to -50%. |
| **Stats** | The Visium Global program began in 2007. The fund currently has $100+ million under management and has achieved a net annualized return of over 40% as of March 2010 with a Sharpe ratio of 2.95. Visium Global was opened to outside investment in March 2010. |

STRICTLY CONFIDENTIAL.  PLEASE SEE IMPORTANT DISCLOSURE INFORMATION ON THE LAST PAGE OF THIS BROCHURE.

A3 P3





# Multi-Strategy Opportunity

ᴧ Why Visium?

ᴧ World-class operating platform

ᴧ Experienced management team

ᴧ Strong history and culture of research-driven fundamental edge and prudent risk-taking

ᴧ Extension of the firm's existing business process and structure

ᴧ Why Now?

ᴧ Favorable industry trends (dislocation, Volcker rule, institutional demands)

ᴧ Favorable market trends (increased volatility, dispersion, cross-asset and cross-market connectivity)

A3 p4

STRICTLY CONFIDENTIAL.  PLEASE SEE IMPORTANT DISCLOSURE INFORMATION ON THE LAST PAGE OF THIS BROCHURE.

Visium Global Fund

# Visium Global Fund – Key Concepts

Asymmetry, Option-Like Payoffs

Alpha Aggregation

Optimal Portfolio Sizing

Liquidity, Asset Allocation

Large Firm Stability, Resources

High-Quality, Scalable and Replicable Returns

Visium Global Fund

STRICTLY CONFIDENTIAL. PLEASE SEE IMPORTANT DISCLOSURE INFORMATION ON THE LAST PAGE OF THIS BROCHURE.

4

311

A3 p5

Visium Global Fund

# Critical Inputs – Talent Acquisition and Development



**Experienced Team**
- History of team-building, talent identification, development
- Strong sourcing network
- Proven assessment, diligence process

**Macro Trends**
- Uncertainty around bank prop trading
- Residual hedge fund dislocation, consolidation
- Poor fund launch environment

**Inefficient Market**
- Imperfect information
- Hyper-competitive "top-tier"
- Substantial pool of overlooked opportunities, especially due to size

**Recruiting Strategy**
- Compelling economics
- "Carrot" (partnership) and "stick" (contractual) components
- Soft Factors
- Focus on process, not outcomes

STRICTLY CONFIDENTIAL. PLEASE SEE IMPORTANT DISCLOSURE INFORMATION ON THE LAST PAGE OF THIS BROCHURE.

312

A3 p6

Visium Global Fund

# Critical Inputs – Risk Management

Goal: Maintain desired fund-level risk parameters and profile, capture asymmetry in underlying portfolios, prudent risk-taking to generate attractive risk-adjusted returns



**Design**
- Analyze, assess incoming PMs
- Model fit vs. existing exposures
- Contractually parameterize individual portfolios

**Monitor**
- Real-time monitoring of individual and aggregate portfolios
- Regular ongoing dialogue with PMs
- Weekly risk meeting
- Quarterly PM review, assessment

**Manage**
- Manage exceptions at the individual PM level
- Adjust aggregate portfolio risk through individual PMs, hedge account

STRICTLY CONFIDENTIAL. PLEASE SEE IMPORTANT DISCLOSURE INFORMATION ON THE LAST PAGE OF THIS BROCHURE.

A3P7



Visium Global Fund

Critical Inputs – Portfolio Construction

Optimal Portfolio

Quantitative
Portfolio risk,
cross-correlation,
optimization

Qualitative
Prospective
assessment
of strategies

Structural
Hard-coded to
reallocate to
successful
strategies

Tactical
Short-term
adjustments,
inflection
points

STRICTLY CONFIDENTIAL.  PLEASE SEE IMPORTANT DISCLOSURE INFORMATION ON THE LAST PAGE OF THIS BROCHURE.

A3 P8

Visium Global Fund

# Critical Inputs – World-Class Operating Platform

- Reduces Enterprise Risk
- Fewer Manager Distractions
- Supplement/Complement PM Skills
- Incremental Competitive Advantage
- Optimal Balance Sheet Management

Technology

Counterparty Relationships

Financial
and Operational Support



STRICTLY CONFIDENTIAL.  PLEASE SEE IMPORTANT DISCLOSURE INFORMATION ON THE LAST PAGE OF THIS BROCHURE.



Visium Global Fund

# Portfolio Construction & Risk Management Parameters

## Portfolio Construction

Positions:
Target Number of Names: 150+ Long, 150+ Short
Maximum Position Concentration: 5%

Net Exposure: +50% to -50% on an aggregate portfolio basis

## Risk Management

*Portfolio Concentration*
Limit single position size to 5% of AUM based on exposure
Sizing based on conviction levels, valuation metrics and maximum loss scenarios
Minimize correlations among positions by monitoring thematic and unintended exposures

*Risk Measurement*
Stress and scenario analysis
Factor sensitivities
DV01 on credit portfolio
Cross correlation matrix
Value-At-Risk analysis

*Minimize Bias*
Investment Committee to neutralize individual bias
Valuation Committee to implement and monitor valuation policies according to best practices

*Liquidity*
Limit the size of investments to 5% of any particular issue
Limit equities position size to one-days trading volume
Analyze security holders/market dynamics

*Operations*
Target leverage of 2.0-3.0x
Trade and management platform provided by Risk Metrics, Morgan Stanley, Goldman Sachs and proprietary tools

9

316

A3 P10

# Composite Performance History | Visium Global Fund

Visium Global Fund

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | YTD | S&P 500 |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|---------|
| 2010 | +0.84)% | +2.31% | | | | | | | | | | | +3.16% | (0.95)% |
| 2009 | +5.17% | +7.59% | (3.62)% | +2.80% | +8.53% | +5.65% | +8.83% | +3.31% | +9.68% | (0.44)% | +7.66% | +6.39% | +94.36% | +23.45% |
| 2008 | (3.65)% | +1.68% | +0.92% | +5.30% | +5.57% | (1.58)% | +3.27% | +2.84% | (3.23)% | (5.22)% | (0.06)% | (0.73)% | +4.54% | (38.49)% |
| 2007 | | | | | | | | | | +2.11% | +4.72% | +1.66% | +8.71% | (3.82)% |

*Estimated Feb10

Inception October 2007>>

## $100 Invested (October '07 to Present)



The Visium Global Fund commenced operations on April 1, 2009. The information presented is estimated, unaudited and is subject to adjustment. The returns include the reinvestment of earnings and are presented with an implied management fee of 2% of net assets and incentive fees of 20% of net profits including IPOs. The returns include the impacted net performance of -0.19%, +0.74%, 0.0% and 0.0% in 2010, 2009, 2008 and 2007, respectively. Past performance is not indicative of future results. There can be no assurances that investors will have returns on invested capital similar to the returns presented because of, among other reasons, differences in economic conditions, regulatory climate, portfolio size, leverage, expenses and structure, as well as investment policies and techniques. An investment in the funds is speculative and involves a high degree of risk. The funds will employ certain trading techniques, such as short selling and the use of leverage, which may increase the risk of investment loss. As a result, performance may be volatile, and an investor could lose all or a substantial amount of his or her investment. Further, the funds have substantial limitations on an investor's ability to redeem or transfer their shares, and there is no secondary market for an interest in the funds and none is expected to develop. Finally, the funds' fees and expenses may offset trading profits. These risks and other important risks are described in detail in a Confidential Private Offering Memorandum available for each of the funds. Prospective investors are strongly urged to review the relevant Confidential Private Offering Memorandum carefully, and consult with their own financial, legal or tax advisors before making an investment in the funds. This summary is intended only for the person or entity to which it has been delivered. This summary is not an offer or solicitation with respect to the purchase or sale of any security. An offering of interests in the funds will be made only by means of a Confidential Private Offering Memorandum and in such jurisdictions where permitted by law. Any investment decision in connection with the funds should be made only on the information contained in the Confidential Private Offering Memorandum that will be provided to prospective investors. This summary is not intended to constitute legal, tax or accounting advice or investment recommendations.

STRICTLY CONFIDENTIAL. PLEASE SEE IMPORTANT DISCLOSURE INFORMATION ON THE LAST PAGE OF THIS BROCHURE.

10

A3 P11

Visium Global Fund

# Investment Team / Bios

**Jacob Gottlieb**, MD, CFA
*Chief Investment Officer*

Jacob Gottlieb founded the predecessor to Visium Asset Management, LP in 2001. Dr. Gottlieb has a proven track record of hedge fund investing and has built sizable and successful teams of investment professionals across a range of strategies and asset classes.

Prior to launching Visium, Dr. Gottlieb was a Portfolio Manager at Balyasny Asset Management ("BAM"). During his six years at BAM, Dr. Gottlieb developed a team of more than 20 investment professionals. At BAM, Dr. Gottlieb also was a Partner of the firm and was involved in a variety of critical business functions.

Prior to BAM, Dr. Gottlieb was a Portfolio Manager at Merlin Biomed investing in the pharmaceuticals, devices and biotech sectors. Before Merlin, he was a buy-side analyst at Sanford C. Bernstein analyzing companies in the pharmaceuticals, devices and biotech sectors.

Dr. Gottlieb graduated from NYU Medical School. He also graduated magna cum laude from Brown University with a BA in Economics. Dr. Gottlieb obtained his CFA charter from AIMR in 2001.

STRICTLY CONFIDENTIAL. PLEASE SEE IMPORTANT DISCLOSURE INFORMATION ON THE LAST PAGE OF THIS BROCHURE.

## Visium Global Fund

# Investment Team / *Bios*

**Philip Broenniman,**
*Portfolio Manager*

Cadence Investment Partners - Portfolio Manager
Bass Group - Portfolio Manager
Salomon Brothers - Trader, Fixed Income

MBA – University of Virginia (Darden)
BS, Computer Science – Duke University

**Stefan Lumiere, CFA**
*Portfolio Manager*

Brencourt Advisors – Head Trader/Senior Analyst, Distressed/HY
Oscar Gruss & Son – Senior Analyst, Special Situations
Catlin Financial Group – Senior Analyst, Cap Structure Arbitrage
Goldman, Sachs – Analyst, Distressed/Special Situations

MBA – INCAE Business School
BA, Sociology – Tulane University

**Greg Margolis,**
*Portfolio Manager*

Balyasny Asset Management - Portfolio Manager, Consumer/Retail
Cobalt Capital – Research Analyst, Consumer/Telecom
Glickenhaus & Co. – Research Analyst, Generalist

MBA – Columbia University
BBA, Finance – University of Wisconsin, Madison

**Jamie Michaelson,**
*Portfolio Manager*

Manhasset Capital - Portfolio Manager, Consumer/Financials
Allianz/PIMCO Equity - Portfolio Manager & Senior Research Analyst
Deutsche Bank - Analyst, Mortgage & Specialty Financials

BA, Economics – Bucknell University

**Whit Penski, CFA**
*Quant/Risk Analyst*

Bear Stearns Asset Management – Associate Director/Senior Analyst
FactSet Research Systems – Senior Consultant

AB – Princeton University

**Chris Plaford, CFA**
*Portfolio Manager*

Balyasny Asset Management – Sector Head, Credit/Volatility
WHW Capital – Analyst/Trader
Goldman, Sachs (SLK) - Trader

BS, Finance – Indiana University

STRICTLY CONFIDENTIAL.   PLEASE SEE IMPORTANT DISCLOSURE INFORMATION ON THE LAST PAGE OF THIS BROCHURE.

12

A3 p13



# Business Team / Bios

**Visium Global Fund**

**Jason Huemer**
*President*
- Atlas Capital Management – CEO
- SAC Capital – Managing Director, COO of Sigma
- Merrill Lynch – Managing Director
- Synthesis Funds – President and Founder
- York Capital Management – COO
- ...ork University
- ...y and Economics – Columbia University

**Steven Ku, CPA**
*Chief Financial Officer*
- Balyasny Asset Management – Controller
- Caxton Associates – Assistant Controller, FinOp Principal
- Moore Capital Management – Accounting Manager
- Ernst & Young – Audit/Consulting
- BS, Accounting – Pace University

**Patrice Gallagher**
*Director, Investor Relations*
- Merrill Lynch – Director
- Para Advisors – Director of Business Development
- Advent Capital Management – Marketing
- Lehman Brothers – Vice President
- BA, Economics – New York University

**Mark Gottlieb**
*Business Operations and Compliance*
- Balyasny Asset Management – Business Operations
- UBS – Corporate Finance
- MBA – Cornell University
- BA, Economics – Vassar College

**Steve Gilson**
*Trading Operations*
- Balyasny Asset Management – Operations
- Euroclear – Client Services
- HSBC – Trade Settlements
- BS, Finance – Lehigh University

**Elliot Iglicki, CPA**
*Controller*
- D.E. Shaw – Accounting Manager
- Deloitte & Touche – Senior Accountant, Audit
- BS, Accounting – Yeshiva University

*Mark Gottlieb compliance*

STRICTLY CONFIDENTIAL.   PLEASE SEE IMPORTANT DISCLOSURE INFORMATION ON THE LAST PAGE OF THIS BROCHURE.

327

A3 p14

Visium Global Fund

# Terms & Structure

The Visium Global Fund is structured as a master/feeder with a US-domiciled feeder, a Cayman-domiciled feeder and a Cayman-domiciled master fund. Each fund has a December 31st fiscal year-end.

| | |
|---|---|
| US Feeder Fund | Visium Global Fund, LP (a US limited partnership, 3c-7 fund) |
| Offshore Feeder Fund | Visium Global Offshore Fund, Ltd (a Cayman corporation) |
| Master Fund | Visium Global Master Fund, Ltd (a Cayman corporation) |

| | |
|---|---|
| Management Fee | 2% Annual |
| Incentive Fee | 20% Annual \| Modified high watermark |
| Minimum Investment | $5 Million initial investment \| $1 Million subsequent investments |
| Subscriptions | Monthly |
| Redemptions | Quarterly with 60 days notice \| One year soft lock with 3% early redemption fee |
| Gate | None |
| Communication | Monthly e-mail \| Quarterly report \| Annual audited financial statements |
| Prime Broker | Morgan Stanley, Goldman Sachs |
| Administrator | Morgan Stanley Fund Services |
| Auditor | Rothstein Kass |
| Legal Counsel | Seward & Kissel (US) \| Maples & Calder (Cayman) |

STRICTLY CONFIDENTIAL. PLEASE SEE IMPORTANT DISCLOSURE INFORMATION ON THE LAST PAGE OF THIS BROCHURE.

14

A3 p/5

Visium Global Fund

# Contacts

Visium Asset Management, LP
950 Third Avenue, 29th Floor
New York, NY 10022
Main (646)840-5800 | Fax (646)840-5808
info@visiumfunds.com

Jason Huemer
President
(646)840-5844
jhuemer@visiumfunds.com

Steven Ku
Chief Financial Officer
(646)840-5843
sku@visiumfunds.com

Patrice Gallagher
Director of Investor Relations
(646)840-3677
pgallagher@visiumfunds.com

STRICTLY CONFIDENTIAL. PLEASE SEE IMPORTANT DISCLOSURE INFORMATION ON THE LAST PAGE OF THIS BROCHURE.

A3 p/6

**Visium Global Fund**

# Disclosure

All information contained herein is preliminary and subject to revision and completion. This brochure is intended only for the person or entity to which it has been delivered. This brochure is not an offer or solicitation with respect to the purchase or sale of any security. An offering of interests in Visium (the "Funds") will be made only by means of a confidential private offering memorandum and in such jurisdictions where permitted by law. Any investment decision in connection with the Funds should be made only on the information contained in the confidential private offering memorandum that will be provided to prospective investors. This document is not intended to constitute legal, tax or accounting advice, or investment recommendations.

This brochure, the information contained herein, and any oral or other written information disclosed or provided is strictly confidential and may not be reproduced or redistributed, in whole or in part, nor may its contents be disclosed to any other person under any circumstances.

Past performance is not indicative of future results. There can be no assurances that investors will have returns on invested capital similar to the returns presented because of, among other reasons, differences in economic conditions, regulatory climate, portfolio size, leverage, expenses and structure, as well as investment policies and techniques.

An investment in the Funds is speculative and involves a high degree of risk. The Funds will employ certain trading techniques, such as short selling and the use of leverage, which may increase the risk of investment loss. As a result, performance may be volatile, and an investor could lose all or a substantial amount of their investment. Furthermore, the Funds have substantial limitations on an investor's ability to redeem or transfer their shares, and there is no secondary market for an interest in the Funds and none is expected to develop. Finally, the Funds' fees and expenses may offset trading profits. These risks and other important risks are described in detail in a confidential private offering memorandum available for each of the Funds. Prospective investors are strongly urged to review the relevant confidential private offering memorandum carefully, and consult with their own financial, legal and tax advisors before making an investment in the Funds.

STRICTLY CONFIDENTIAL.  PLEASE SEE IMPORTANT DISCLOSURE INFORMATION ON THE LAST PAGE OF THIS BROCHURE.

A3 p17

2

# Executive Summary

**Firm Info**

- Visium Asset Management LP ("Visium") is an investment firm dedicated to generating high quality, non-correlated returns in a variety of market environments. Visium currently manages $4.49 billion in long/short equity, credit, multi-strategy and tax-efficient funds. The firm was established by Jacob Gottlieb, MD, CFA, PRM in 2005 and has a staff of over 75 professionals.

**Products**

- Visium Balanced Fund – long/short equity healthcare fund
- Visium Global Fund – multi-strategy diversified fund
- Visium Credit Opportunities Fund – long/short credit healthcare fund
- Visium Institutional Partners Fund – mid- and large-cap long/short equity healthcare fund
- Visium Tax Alpha Fund – multi-strategy fund with an active tax optimization approach
- Visium Catalyst Event Driven Fund – multi-strategy event driven fund
- Visium Catalyst Credit Fund – event driven credit and distressed fund

**Background**

- Jacob Gottlieb, MD founded Visium Asset Management in November 2005 and is the Chief Investment Officer of the firm. Jacob Gottlieb has been a Portfolio Manager since March 2000 and has built a team of experienced and highly specialized investment professionals. Visium's investment process has been developed and continuously enhanced over the course of 10 years.

**Infrastructure**

- Visium's infrastructure has continuously scaled with the growing business. Our team of experienced professionals has come from an array of large institutions, alternative asset managers and global service providers. The firm has also implemented one of the industry's leading technology platforms to provide efficient and accurate operational performance. Visium is committed to enhancing the operations infrastructure to meet future needs of the business.

VISIUM
ASSET MANAGEMENT

A4 p1

# Executive Summary

**Fund Info**

- The Visium Balanced Fund is a long/short equity fund focused on the healthcare industry. The fund invests globally in companies across the healthcare sector based on edge derived from a rigorous investment research process.

**Strategy**

- The investment process is based on in-depth fundamental research for individual security selection that is designed to generate returns on both long and short positions. The team digs deep and develops edge to create trading strategies around complex and misunderstood stories.

**Objective**

- The investment team seeks to generate attractive risk-adjusted returns with low correlation to traditional equity investments. The fund will maintain targeted net exposure of +10% to -10%.

**Advantage**

- The staff of over 25 investment professionals focuses on all sub-sectors within the healthcare industry. The depth and quality of its fundamental research are differentiating characteristics.

**Experience**

- Senior investment professionals collectively have over 200 years of experience investing in the healthcare sector. The core investment team has worked together since 2003.

VISIUM
ASSET MANAGEMENT

3

A4 p2

# Credit Team / Bios

| | | |
|---|---|---|
| **Jacob Gottlieb, MD, CFA**<br>*Chief Investment Officer* | Balyasny Asset Management – Portfolio Manager<br>Merlin Biomed – Pharmaceuticals, Biotech and Device<br>Sanford C. Bernstein – Pharmaceuticals, Biotech and Devices | MD – NYU Medical School<br>BA, Economics – Brown University |
| **Chris Plaford, CFA, Partner**<br>*Portfolio Manager:*<br>*Visium Credit Opportunities Fund* | Balyasny Asset Management – Sector Head/Credit, Volatility<br>WHW Capital – Analyst/Trader<br>Goldman, Sachs (former SLK) – Trader | BS, Finance – Indiana University |
| **Ameesh Shah**<br>*Analyst:*<br>*Visium Credit Opportunities Fund* | Tennenbaum Capital Partners – Principal/Sector Head, Healthcare<br>Ziff Brothers Investments – Equities Analyst, Healthcare<br>Lazard – Analyst, Healthcare Investment Banking | BS, Economics – University of Pennsylvania |
| **Lee Brown**<br>*Analyst:*<br>*Visium Credit Opportunities Fund* | Highland Capital Management – Senior Portfolio Analyst<br>Merrill Lynch – Vice President, Global Economics & Research<br>United States Marine Corps – Captain/Logistics Officer | MBA – Harvard Business School<br>BS – United States Naval Academy |
| **Stefan Lumiere, CFA**<br>*Special Situations,*<br>*Cap Structure Arbitrage:*<br>*Visium Credit Opportunities Fund* | Brencourt Advisors – Head Trader/Senior Analyst, Distressed/HY<br>Oscar Gruss & Son – Senior Analyst, Special Situations<br>Carlin Financial Group – Senior Analyst, Cap Structure Arbitrage<br>Goldman, Sachs – Analyst, Distressed/Special Situations | MBA – INCAE Business School<br>BA, Sociology & Pre-Med – Tulane University |
| **Bryan Wisk**<br>*Trader:*<br>*Visium Credit Opportunities Fund* | Balyasny Asset Management – Derivatives/Credit Trader<br>Citigroup – Equity Derivatives Trader | BA, Psychology – Yale University |

VISIUM
ASSET MANAGEMENT

4

IC911

A4 P3

# Organization

**Jacob Gottlieb, CFA**
Chief Investment Officer

## Credit Team

**Chris Plaford, CFA**
Portfolio Manager

**Stefan Lumiere, CFA**
Analyst

**Ameesh Shah**
Analyst

**Lee Brown**
Analyst

**Bryan Wisk**
Trader, Credit & Derivatives

## Research Team

Biotech

Pharmaceuticals

Services

Med-Tech Devices

International

## Operations Team

**Jason Huemer**
President

**Steven Ku, CPA**
Chief Financial Officer

**Mark Gottlieb**
Business Operations

**Amol Sahasrabudhe, CFA, FRM**
Chief Risk Officer

**Ken Klee**
Director of Investor Relations

**Steven Gilson**
Trading Operations

**Kim Tong, CPA**
Controller

VISIUM
ASSET MANAGEMENT

5

16.99

A4 p5

# Investment Philosophy

## General strategic overview:

- The Fund looks to identify deep fundamentally driven single-name ideas within the global healthcare arena.

- All investments are based on disciplined, fundamental bottom-up analysis.

- Each investment is judged on its own individual merits and evaluated based on risk-reward and expected-value characteristics.

- The Fund utilizes the competitive advantages and resources of the Visium team enabling us to create opportunities from complex and misunderstood stories. The team has a vast network comprised of:

  - Industry and company contacts
  - Doctors
  - Consultants
  - Legislators and lobbyists

- We dig deep to try and, develop edge, and attempt to translate that edge into profitable trades.

## Sample investment themes/opportunities

- Probability analysis of new therapeutics:
  - Extensive review of clinical/pre-clinical data
  - Trial design
  - Statistical analysis
  - Investigator checks
  - Target validation
- Legal/Regulatory/Legislative:
  - Intellectual Property challenges
    - Generic drug entrants
    - Legal proceedings
  - Reimbursement changes
  - FDA decisions
  - New legislation
- Industry/Sector analysis:
  - Shift in competitive dynamics
    - New drugs or technologies
    - New market entrants
  - Economic/cyclical
- Special situations:
  - Binomial events, probability-adjusted scenario analysis
  - Skewed risk/reward dynamics

VISIUM

6

A4 P 6

# Investment Process | *Overview*



| | |
|---|---|
| **Idea generation** | ▪ Leverage relationships<br>▪ Identify key catalysts<br>▪ Industry trends/driving factors<br>▪ Scientific/medical conferences<br>▪ Buy-side and sell-side research<br>▪ Management meetings |
| **Stock Selection** | ▪ Rigorous modeling<br>▪ Absolute and relative valuation analysis<br>▪ Competitive market position<br>▪ Input from management, industry contacts<br>▪ Risk/reward profile with expected probability<br>▪ Investment summary by analyst and team<br>▪ Trading perspective – timing, liquidity |
| **Portfolio Construction** | ▪ Determine sub-sector exposure<br>▪ Assess individual idea exposure<br>▪ Scale into positions<br>▪ Optimize timing of risk-taking<br>▪ Sizing based on conviction level |
| **Trade Execution and Exit Strategy** | ▪ Pre-determine an exit strategy before entering<br>▪ Minimize thesis drift<br>▪ Realization of expected catalysts<br>▪ Technical analysis of supply/demand characteristics<br>▪ Changing multiples<br>▪ Constant re-evaluation<br>▪ Review and resize as appropriate |

▽ V I S I U M
ASSET MANAGEMENT

7

A4 P7

# Investment Process | *Portfolio Management*

**LONG** ▲

- Undervalued Assets
- Solid Scientific / Clinical Development Plan
- Commercial Development and Market Acceptance
- M&A Activities
- Expansion of Business Plan
- Corporate Actions
- Special Situations & Turnarounds
- Novel Products and Services

**SHORT** ▶

- Insider Selling
- Management Turnover
- Deteriorating Business Fundamentals
- Increased Competitive Environment
- Poor Earnings Quality
- Inability to Meet Business Goals
- Unrealistic Guidance/Consensus
- Regulatory Actions
- Scientific /Clinical Risks

VISIUM
ASSET MANAGEMENT

8

A4 P8