USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11.28.18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEFAN LUMIERE,

        Petitioner,

  -against-

UNITED STATES,

        Respondent.

18-CV-9170 (JSR) (BCM)

16-CR-483 (JSR)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    On November 26, 2018, petitioner Stefan Lumiere filed a document entitled "Motion to File For a Further Extension of Time to File a 2nd Amended 2255 With No Page Limit Given the Complexity of the Case and the Overwhelming Exculpatory Evidence Already Provided to the Court Proving Petitioner's Actual Innocence" (Motion). (Dkt. No. 13.) On November 27, 2018, petitioner filed a letter, dated November 26, 2018, entitled "Re: Motion to File a Further Extension of Time" (Letter). (Dkt. No. 14.) The Letter explains that the Motion was filed "in a rush" and inadvertently included, as part of its Appendix, "private and privileged information that were not intended to be filed in full without redaction." (*Id.*) The Letter requests that the Court "seal or redact the entirety of the emails filed with the Appendix of [the] motion." (*Id.*)

    Along with the Letter, petitioner filed what appears to be another copy of the Motion, which is accompanied by a signed declaration from petitioner and a revised Appendix, consisting largely of emails from which certain information has been redacted.

    Petitioner's request is GRANTED to the extent that the original Motion (Dkt. No. 13) shall be placed under seal. The Court reserves decision with regard to the relief sought in the revised Motion. If the Government wishes to file a response to the revised Motion, it shall do so no later than Thursday, **November 29, 2018**. Respondent shall not retain any copy of plaintiff's original Motion (Dkt. No. 13).

    The Clerk of Court is respectfully directed to mail a copy of this Order to petitioner.

Dated: New York, New York
      November 28, 2018

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**