USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/14/18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEFAN LUMIERE,

    Petitioner,

-against-

UNITED STATES,

    Respondent.

18-CV-9170 (JSR) (BCM)

16-CR-483 (JSR)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The Court has received and reviewed petitioner Stefan Lumiere's Notice of Change of Address dated December 3, 2018. (Dkt. No. 19.) Also on December 3, 2018, the Clerk of Court mailed the Court's November 30, 2018 Order extending his deadline to file a Second Amended Petition to petitioner's previous address. (Dkt. No. 18.)

The Clerk of Court is directed to mail this Order, together with a copy of the Court's November 30, 2018 Order (Dkt. No. 18), to petitioner at his new address (150 Central Park South, #406, New York, NY, 10019).

Dated: New York, New York
December 14, 2018

**SO ORDERED.**

**BARBARA MOSES**
**United States Magistrate Judge**