

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

BY CM/ECF

The Honorable Barbara Moses
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> The Clerk of Court is respectfully directed to remove the access restrictions on petitioner's Second Amended Petition (Dkt. No. 23), Appendix Table of Contents (Dkt. No. 24), and Appendix V (Dkt. No. 25). Each shall be made accessible to the public on the public docket. SO ORDERED.
>
> Barbara Moses, U.S.M.J.
> February 11, 2019

Re: Stefan Lumiere v. United States,
    18 Cv. 9170 (JSR) (BCM)
    16 Cr. 483 (JSR)

**MEMO ENDORSED**

Dear Judge Moses:

      As directed by the Court, the Government writes in response to the defendant's request to seal his Second Amended Petition and Appendix V, both of which were filed on January 31, 2019. (Dkt. 23 & 24.) The Government does not object to the Second Amended Petition or Appendix V being filed on the public docket.

      Respectfully submitted,

      GEOFFREY S. BERMAN
      United States Attorney

By: ___/s/_____
    Ian McGinley
    Damian Williams
    Joshua A. Naftalis
    Assistant United States Attorneys
    (212) 637-2257 / 2298 / 2310

cc: Stefan Lumiere (by U.S. mail)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/11/19