```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
STEFAN LUMIERE,                     :
        Petitioner,                 :
                                    :    18-CV-9170 (JSR)(BCM)
        -v-                         :    16-CR-0483 (JSR)
                                    :
UNITED STATES OF AMERICA,           :    ORDER
                                    :
        Respondent.                 :
------------------------------------x
```

JED S. RAKOFF, U.S.D.J.

The Court hereby grants Petitioner Stefan Lumiere's unopposed request, see ECF No. 63, for an extension of time to re-file and/or amend his objection to the Report and Recommendation, see ECF No. 59. Any such re-filed or amended objection should be filed no later than 5:00 p.m. on Friday, February 11, 2022.

SO ORDERED.

Dated:   New York, NY
         February 7, 2022

_____
JED S. RAKOFF, U.S.D.J.

1