Case No. 18-CV-9170 (JSR/BCM)

**BY ECM/ECF**

The Honorable Jed S. Rakoff

United States District Court

Southern District of New York

500 Pearl Street

New York, NY 10007

February 11, 2022

**RE: Request for a Further Extension of Time on Consent to Re-file or Amend Written Objections**

Stefan Lumiere, Petitioner, against, United States of America, Respondent

**18 Cv. 9170 (JSR) (BCM)**

**16 Cr. 483 (JSR)**

**Dear Honorable Jed S. Rakoff,**

I am the petitioner, *Pro Se*, Stefan Lumiere, in the above captioned case. I hereby request consideration of the Court, Pursuant to Local Civil Rule 7.1(d), with opposing party consent, a further extension of time to re-File and/or amend written objections to Magistrate Judge Report and Recommendation (Doc 59) to Monday February 14, 2022.

I had filed for an extension of time on consent on February 2, 2022 (Doc 63.) The Court by Order dated February 7, 2022 (Doc 64) granted my unopposed request for an extension of time to refile and/or amend objections to Magistrate Judge Report and Recommendation, writing that they "should be filed no later than 5:00 p.m. on Friday, February 11, 2022". I apologize to the Court for the late submission (7:30 p.m.) of written objections (Doc 65). This was due to persistent computer issues throughout the week, which caused the delay and an incomplete submission. On the evening of February 11, 2022, Petitioner contacted AUSA Joshua A. Naftalis

1

SO ORDERED
/s/ J.S. Rakoff
USDJ
2-14-22

Case No. 18-CV-9170 (JSR/BCM)

by email both apologizing for the late submission and alerting him to the continued computer issues which have caused these delays. In the same email, I asked if he had any objection to my late submission and my requesting permission of the Court to amend the objection on Monday February 14, 2022. AUSA Naftalis had no objection to my request.


Respectfully Submitted,

*[signature]*

Stefan Lumiere, Petitioner, *Pro Se*
150 Central Park South, #406, New York, NY 10019
(212) 397-8059
StefanLumiere@gmail.com

2