UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
STEFAN LUMIERE,

          Petitioner,

     -v-

UNITED STATES OF AMERICA,

          Respondent.
```

18-cv-9170 (JSR)
16-cr-483 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.:

On May 27, 2022, the Court denied petitioner Stefan Lumiere's Rule 59(e) motion to amend the Court's judgment, ECF. No. 76, because, therein, "[Lumiere] only restate[d] his objections to the Report and Recommendation, which the Court has already reviewed and rejected." See ECF No. 79. The Court now further rules that no certificate of appealability on this decision shall issue because Lumiere has failed to make a substantial showing of the denial of a constitutional right.

SO ORDERED.

New York, NY
April 6 , 2023

JED S. RAKOFF, U.S.D.J.